**Motion Granted; Affirmed and Memorandum Opinion filed December 10, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00698-CV

---

## IN THE INTEREST OF R.E.T.R AND D.D.R, JR., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-04492J**

---

## M E M O R A N D U M   O P I N I O N

Appellant, D.D.R., appeals a final decree signed July 16, 2013, terminating his parental rights to the children who are the subject of the underlying suit. The trial court found that appellant is indigent and appointed counsel to represent him in this appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be

advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. This court provided appellant a copy of the record and advised him that any pro se response was required to be filed on or before October 28, 2013. No response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jamison.